# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RIGO TROTTER

     vs                                          Case No.  3:06cv129/RV/EMT

JAMES MCDONOUGH

_____

## ORDER

Your document, **a grievance to the warden (received 5/23/07)**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

> The document is not on plain 8½-inch x 11-inch paper as required by N.D. Fla. Loc. R. 5.1(B)(3).

> Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

> The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

> The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

> The document is incomprehensible.

For these reasons, IT IS ORDERED that:

> The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 24th day of May 2007.

/s/ *Roger Vinson*

ROGER VINSON
UNITED STATES DISTRICT JUDGE