IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RIGO TROTTER
a/k/a/ RIGOBERTO ISAZA,
    Petitioner,

vs.                                    Case No.: 3:06cv129/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 17, 2007.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The amended petition for writ of habeas corpus (Doc. 16) is **DENIED**.

    3. That all pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 5th  day of June, 2007.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**